UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62582-CIV-SINGHAL

ROSALIO VENTURA HERNANDEZ,

Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL CENTER, *et al.*,

Respondents.
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon Petitioner's Unopposed Motion for Voluntary Dismissal (DE [12]). On September 16, 2026, Petitioner filed a Verified Petition for Writ of Habeas Corpus (DE [1]) seeking his release from immigration detention. On October 22, 2026, Petitioner was released from custody. *See* (DE [11]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that that the Petition (DE [1]) is **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case, CANCEL all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of October 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF